**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Getten Credit Company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>Defendant. | Civil Action No. 1:20-CV-2651 |

**PLAINTIFF GETTEN CREDIT COMPANY'S**
**CORPORATE DISCLOSURE AND NOTICE OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 the undersigned attorneys of record state that Plaintiff Getten Credit Company has no parent corporation and no publicly held corporation owns 10% or more of Getten Credit Company's stock. Getten Credit Company has no publicly held affiliates.

Dated: May 1, 2020

Respectfully submitted,

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler
Melinda J. Morales
Michelle Perkovic
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
mjm@wexlerwallace.com
mp@wexlerwallace.com

Dennis Stewart
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3200
dstewart@gustafsongluek.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612)
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
lwang@gustafsongluek.com

Garrett D. Blanchfield
Brant D. Penney
**REINHARDT, WENDORF & BLANCHFIELD**
332 Minnesota Street. Suite W-1050
St. Paul, MN 55101
Tel: (651) 287-2100
Fax: (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Counsel for Plaintiff and the Proposed Class*