# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Getten Credit Company

                      Plaintiff,

v.                                                    Case No.: 1:20−cv−02651
                                                    Honorable Ronald A. Guzman

Fair Isaac Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 6, 2020:

       MINUTE entry before the Honorable Ronald A. Guzman: Attorney Daniel E. Gustafson's motion for leave to appear pro hac vice [7] on behalf of the plaintiff is granted. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.