UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GETTEN CREDIT COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>Defendant. | Civil Action No. 20-cv-02651<br><br>Honorable Ronald A. Guzman |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Getten Credit Company and Defendant Fair Isaac Corporation, through their undersigned counsel, jointly move to extend by 45 days: (a) the deadline for Defendant to answer the complaint and (b) the deadlines set by the Court in its May 15, 2020 Order, pending resolution of a Motion to Reassign this and other cases as related to *Fair Isaac Corporation v. Trans Union, LLC*, Case No. 17-cv-08318, proceeding before the Honorable Sharon Johnson Coleman. In support of their joint motion, the Parties state as follows:

1. Plaintiffs filed their Complaint on May 1, 2020. *See* ECF No. 1.

2. Defendant executed a waiver of service and the deadline for Defendant to answer or otherwise plead is June 30, 2020. *See* ECF No. 15.

3. On May 15, 2020, the Court entered an order requiring the parties to, within 45 days of the filing of the complaint or within 14 days of its order if the 45-day time period had already elapsed, confer to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. The

Parties are also required to discuss deadlines for Rule 26(a)(1) disclosures and a proposed discovery plan. ECF No. 16.

4. The May 15, 2020 Order requires the Parties to also provide the court with a written initial status report and proposed discovery plan within 7 days of their meet and confer regarding the above matters. *See* ECF No. 16.

5. The applicable deadline for the Parties to confer is June 15, 2020, forty-five (45) days after the filing of the complaint. Based on that date, the deadline for providing the court with a written initial status report is June 22, 2020.

6. Meanwhile, there is a Motion to Reassign this and other cases as related to *Fair Isaac Corporation v. Trans Union, LLC*, Case No. 17-cv-08318 (N.D. Ill.) ("*Trans Union*"), pending before the Honorable Sharon Johnson Coleman. *See* ECF No. 198 (Motion to Reassign filed May 4, 2020).

7. Responses to the Motion to Reassign cases as related to Trans Union are due on June 2, 2020 and Replies are due on June 16, 2020. A Status hearing is set in Trans Union for June 30, 2020 at 9:00 a.m. See Trans Union, ECF No. 202.

8. The parties agree that this action is related to the others included in the Motion to Reassign now pending before Judge Coleman, and that all such cases should be reassigned to one District Judge. There is a dispute, however, as to whether the cases should be reassigned to Judge Coleman, who is currently presiding over the *Trans Union* case, or to Judge Chang, who is currently presiding over the *Sky Federal* case. Thus, the parties are in agreement that no matter the outcome of the Motion to Reassign, this case should be reassigned to another District Judge and consolidated with other similar cases for further proceedings.

9. Therefore, in the interest of efficiency, the Parties request the Court to extend by 45 days: (a) the deadline for Defendant to answer the complaint, and (b) the

deadlines set by the Court in its May 15, 2020 Order, pending resolution of the Motion to Reassign this and other cases as related to *Trans Union.* If the Motion to Reassign has not yet been resolved at the conclusion of the 45-day extension sought herein, the Parties will promptly advise the Court by filing a joint status report and proposing further deadlines or extensions as may be appropriate.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully request that this Court issue an order extending the deadlines in this case by 45 days pending a decision on the Motion to Reassign in *Trans Union.*

Dated: June 2, 2020

Respectfully submitted,

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler
Melinda J. Morales
Michelle Perkovic
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
mjm@wexlerwallace.com
mp@wexlerwallace.com

Dennis Stewart
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3200
dstewart@gustafsongluek.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
lwang@gustafsongluek.com


Garrett D. Blanchfield
**REINHARDT, WENDORF & BLANCHFIELD**
E 1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel: (651) 287-2100
Fax: (651) 287-2103
g.blanchfield@rwblawfirm.com

*Counsel for Plaintiff and the Proposed Class*


*/s/* Britt M. Miller
Michael A. Olsen
Britt M. Miller
J. Gregory Deis
Matthew D. Provance
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711—Facsimile
Email: molsen@mayerbrown.com
Email: bmiller@mayerbrown.com
Email: gdeis@mayerbrown.com
Email: mprovance@mayerbrown.com


*Counsel for Defendant Fair Isaac Corporation*