**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GETTEN CREDIT COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>Defendant. | Civil Action No. 20-cv-02651<br><br>Honorable Edmond E. Chang |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Plaintiff Getten Credit Company hereby moves to withdraw the appearance of Michelle Lukic of Wexler Wallace LLP ("Wexler Wallace"). Kenneth A. Wexler and Melinda J. Morales of Wexler Wallace will continue to act as counsel for Getten Credit Company.

Dated: August 5, 2021                    By: /s/ Michelle Lukic

                                                                  Kenneth A. Wexler
                                                                   Melinda J. Morales
                                                                   Michelle Lukic
                                                                   WEXLER WALLACE LLP
                                                                   55 West Monroe Street, Suite 3300
                                                                   Chicago, IL 60603
                                                                   Telephone: (312) 346-2222
                                                                   Facsimile: (312) 346-0022
                                                                   kaw@wexlerwallace.com
                                                                   mjm@wexlerwallace.com
                                                                   mpl@wexlerwallace.com

                                                                   *Counsel for Plaintiff*